THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBIE
L. HOTCHKISS, Appellant.

Argued November 24, 1943; decided January 6, 1944.

*Joseph Stein* for appellant.

*Joseph A. Nevins, District Attorney (Beverly S. Galloway* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.